THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  vs.<br><br>RICARDO VALDIVIA,<br><br>    Defendant. | No. CR14-200 RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

This matter having come before the undersigned on the motion of the defendant, Ricardo Valdivia, and the Court finding that Exhibit F of defendant's sentencing memorandum contains protected, personal information, the disclosure of which would harm defendant's rights to privacy, it is hereby

ORDERED that Defendant's Motion to Seal Exhibit F of Defendant's Sentencing Memorandum is GRANTED. The document filed under Dkt. #209 shall remain sealed.

DATED this 26th day of June, 2015.

*(signed)* Richard A. Jones

The Honorable Richard A. Jones
United States District Judge

ORDER - 1

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 106
Seattle, Washington 98104
(206) 624-0508  FAX (206) 622-9091